UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY VASQUEZ,<br><br>          Petitioner,<br><br>     vs.<br><br>K. ALLISON,<br><br>          Respondent.<br>_____/ | 1:11-cv-00018 JLT  (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 3) |

Petitioner has requested the appointment of counsel so that his "interest may be protected by the professional assistance required." (Doc. 3, p. 1). There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel (doc. 3), is denied.

IT IS SO ORDERED.

Dated:  **January 11, 2011**              /s/ Jennifer L. Thurston
                                                              UNITED STATES MAGISTRATE JUDGE